

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

MH:JL
F. #2007R00730

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 11, 2008

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

        Re:  United States v. Joseph Agate, et al.
             <u>Criminal Docket No. 08 CR 76 (NGG)</u>

Dear Judge Garaufis:

        The government writes to clarify a factual issue stated in its memorandum in support of its motion for permanent orders of detention dated February 7, 2008.  In that memorandum, the government identified the defendants Todd Polakoff and William Kilgannon as NASCAR employees when, in fact, they were employed by a subsidiary of International Speedway Corporation.

                                    Respectfully submitted,

                                      BENTON J. CAMPBELL
                                    UNITED STATES ATTORNEY

                    By:  _____
                         Joey Lipton
                         Assistant U.S. Attorney
                         (718) 254-6125