

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

MH:JL:sw
F. #2007R00730
discovery 1

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 11, 2008

All Counsel of Record

    Re:  United States v. Joseph Agate, et al.
           Criminal Docket No. 08 CR 76 (NGG)

Dear Counsel:

       Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government furnishes the following discovery in the above-referenced case. The government requests reciprocal discovery from the defendants.

<u>Wiretap Materials</u>

       The materials described below are located at First Choice Copy (Jagg Management). You may obtain these materials by contacting Joe Meisner at (718) 381-1480 x212. Please reference print order number **86007**.

    1.   Wiretap Affidavits, Applications,
        Orders and Related Documents

|   | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|---|---|---|---|
| 1 | Minimization Instructions dated 10/8/04 | -- | -- |
| 2 | Minimization Instructions dated 11/9/04 | -- | -- |
| 3 | Minimization Instructions dated 11/19/04 | -- | -- |
| 4 | Extended and Amended Eavesdropping Warrant and Supporting Documents dated 12/9/04 | Barry A. Cozier | 732-921-3219 |
| 5 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD04-186 dated 12/9/04 | Barry A. Cozier | 732-921-3219 |

|    | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|----|----------------------|-------|--------------|
| 6  | Minimization Instructions dated 12/21/04 | -- | -- |
| 7  | Minimization Instructions dated 1/7/05 | -- | -- |
| 8  | Minimization Instructions dated 2/4/05 | -- | -- |
| 9  | Minimization Instructions dated 2/18/05 | -- | -- |
| 10 | Minimization Instructions dated 3/4/05 | -- | -- |
| 11 | Eavesdropping Warrant and Supporting Documents[1] dated 4/15/05 | Barry A. Cozier | 201-538-1866 |
| 12 | Minimization Instructions dated 4/15/05 | -- | -- |
| 13 | Extended and Amended Eavesdropping Warrant and Supporting Documents dated 5/17/05 | Barry A. Cozier | 201-538-1866 |
| 14 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD05-053 dated 5/17/05 | Barry A. Cozier | 201-538-1866 |
| 15 | Minimization Instructions dated 5/17/05 | -- | -- |
| 16 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD05-055 dated 6/16/05 | Robert A. Spolzino | 201-538-1866 |
| 17 | Order For a Pen Register and Trap and Trace Device and Supporting Documents[2] dated 7/27/05 | Robert A. Spolzino | 718-704-6841 |

---

[1] Supporting documents consist of orders to telephone companies, application and affidavits in support.

[2] Supporting documents consist of orders to telephone companies and application.

|    | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|----|----------------------|-------|--------------|
| 18 | Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 10/19/05 | Sondra Miller | 347-436-5983<br>631-288-1001 |
| 19 | Eavesdropping Warrant and Supporting Documents dated 3/10/06 | Robert A. Spolzino | 347-682-0465 |
| 20 | Order For Pen Register and Trap and Trace Device and Supporting Documents dated 3/10/06 | Robert A. Spolzino | 347-682-0465 |
| 21 | Minimization Instructions dated 3/14/06 | -- | -- |
| 22 | Amended Eavesdropping Warrant and Supporting Documents dated 3/30/06 | Robert A. Spolzino | 347-682-0465 |
| 23 | Amended Eavesdropping Warrant ane Supporting Documents dated 3/31/06 | Robert A. Spolzino | 347-682-0465<br>718-541-4303<br>646-996-0658<br>917-886-0461<br>646-201-8180<br>917-838-6083 |
| 24 | Minimization Instructions dated 3/31/06 | -- | -- |
| 25 | Extended Eavesdropping Warrant and Supporting Documents dated 4/12/06 | Reinaldo E. Rivera | 347-682-0465 |
| 26 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher #PCSD06-064 dated 4/13/06 | Mark C. Dillon | 347-682-0465<br>718-541-4303<br>646-996-0658<br>917-886-0461<br>646-201-8180<br>917-838-6083 |
| 27 | Minimization Instructions dated 5/2/06 | -- | -- |
| 28 | Amended Eavesdropping Warrant and Supporting Documents dated 5/2/06 | Robert A. Spolzino | 347-682-0465<br>347-628-9115<br>347-598-2640<br>646-261-9890 |

|    | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|----|---------------------|-------|--------------|
| 29 | Order For Pen Register and Trap and Trace Device and Supporting Documents dated 5/2/06 | Robert A. Spolzino | 347-628-9115<br>347-598-2640<br>646-261-9890 |
| 30 | Extended Eavesdropping Warrant and Supporting Documents dated 5/12/06 | Robert A. Spolzino | 347-682-0465<br>347-628-9115<br>347-598-2640<br>646-261-9890 |
| 31 | Amended and Extended Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 5/12/06 | Robert A. Spolzino | 347-682-0465<br>347-628-9115<br>347-598-2640<br>646-261-9890 |
| 32 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD06-069 dated 5/12/06 | Robert A. Spolzino | 347-682-0465<br>347-628-9115<br>347-598-2640<br>646-261-9890 |
| 33 | Amended Eavesdropping and Supporting Documents dated 5/25/06 | Robert A. Spolzino | 347-682-0465<br>347-628-9115<br>347-598-2640<br>646-261-9890 |
| 34 | Extended Eavesdropping Warrant and Supporting Documents dated 6/9/06 | Robert A. Spolzino | 646-261-9890 |
| 35 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD06-072 dated 6/9/06 | Robert A. Spolzino | 347-682-0465<br>347-628-9115<br>347-598-2640<br>646-261-9890 |
| 36 | Minimization Instructions dated 6/29/06 | -- | -- |
| 37 | Extended and Amended Eavesdropping Warrant and Supporting Documents dated 7/6/06 | Robert A. Spolzino | 646-261-9890<br>646-724-3735<br>718-219-0915<br>347-598-2098<br>347-628-1881<br>917-216-0702<br>917-605-3203 |

4

|    | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|----|----------------------|-------|--------------|
| 38 | Extended and Amended Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 7/6/06 | Robert A. Spolzino | 347-682-0465<br>347-628-9115<br>347-598-2640<br>646-261-9890<br>646-724-3735<br>718-219-0915<br>347-598-2098<br>347-628-1881<br>917-216-0702<br>917-605-3203 |
| 39 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD06-081 dated 7/6/06 | Robert A. Spolzino | 646-261-9890 |
| 40 | Minimization Instructions dated 7/6/06 | -- | -- |
| 41 | Extended Eavesdropping Warrant and Supporting Documents dated 8/4/06 | Robert J. Lunn | 646-261-9890<br>646-724-3735<br>718-219-0915<br>347-598-2098<br>347-628-1881<br>917-216-0702<br>917-605-3203 |
| 42 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD06-085 dated 8/4/06 | Robert J. Lunn | 646-261-9890<br>646-724-3735<br>718-219-0915<br>347-598-2098<br>347-628-1881<br>917-216-0702<br>917-605-3203 |
| 43 | Minimization Instructions dated 8/25/06 | -- | -- |
| 44 | Amended and Extended Eavesdropping Warrant and Supporting Documents dated 9/1/06 | Daniel F. Luciano | 646-261-9890<br>347-598-2098<br>917-216-0702<br>718-219-0593<br>347-752-7034<br>516-554-1957 |

5

|    | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|----|----------------------|-------|--------------|
| 45 | Extended and Amended Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 9/1/06 | Daniel F. Luciano | 347-682-0465<br>646-261-9890<br>718-219-0915<br>347-598-2098<br>347-628-1881<br>917-216-0702<br>917-605-3203<br>718-219-0593<br>347-752-7034<br>516-554-1957 |
| 46 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD06-089 dated 9/1/06 | Daniel F. Luciano | 646-261-9890<br>646-724-3735<br>718-219-0915<br>347-598-2098<br>347-628-1881<br>917-216-0702<br>917-605-3203 |
| 47 | Minimization Instructions dated 9/5/06 | -- | -- |
| 48 | Amended and Extended Eavesdropping Warrant and Supporting Documents dated 9/29/06 | Robert J. Lunn | 646-261-9890<br>516-554-1957<br>347-860-4124<br>646-266-0897 |
| 49 | Amended Order For Pen Register and Trap and Trace Device and Supporting Documents dated 9/29/06 | Robert J. Lunn | 347-682-0465<br>646-261-9890<br>718-219-0915<br>347-598-2098<br>347-628-1881<br>917-216-0702<br>917-605-3203<br>718-219-0593<br>347-752-7034<br>516-554-1957<br>347-860-4124<br>646-266-0897 |
| 50 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD06-093 dated 9/29/06 | Robert J. Lunn | 646-261-9890<br>347-598-2098<br>917-216-0702<br>718-219-0593<br>347-752-7034<br>516-554-1957 |

|    | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|----|----------------------|-------|--------------|
| 51 | Minimization Instructions dated 9/29/06 | -- | -- |
| 52 | Amended Eavesdropping Warrant and Supporting Documents dated 10/11/06 | Robert J. Lunn | 646-261-9890<br>516-554-1957<br>347-860-4124<br>646-266-0897<br>646-464-0383<br>917-844-0563 |
| 53 | Amended Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 10/11/06 | Robert J. Lunn | 347-682-0465<br>646-261-9890<br>718-219-0915<br>347-598-2098<br>347-628-1881<br>917-216-0702<br>917-605-3203<br>718-219-0593<br>347-752-7034<br>516-554-1957<br>347-860-4124<br>646-266-0897<br>646-464-0383 |
| 54 | Minimization Instructions dated 10/11/06 | -- | -- |
| 55 | Amended Eavesdropping Warrant and Supporting Documents dated 10/23/06 | David S. Ritter | 646-261-9890<br>516-554-1957<br>347-860-4124<br>646-266-0897<br>646-464-0383<br>917-844-0563 |
| 56 | Amended and Extended Eavesdropping Warrant and Supporting Documents dated 10/27/06 | Gabriel Krausman | 347-860-4124<br>917-844-0563<br>347-751-9497<br>917-592-2385<br>718-627-9429<br>516-378-9658<br>516-378-9649<br>516-378-9648<br>718-377-9032<br>718-251-9768<br>718-251-9668<br>718-251-9738 |

|    | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|----|----------------------|-------|--------------|
| 57 | Amended and Extended Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 10/27/06 | Gabriel Krausman | 347-682-0465<br>646-261-9890<br>347-860-4124<br>917-844-0563<br>347-751-9497<br>917-952-2385<br>718-627-9429<br>516-378-9658<br>516-378-9649<br>516-378-9648<br>718-377-9032<br>718-251-9768<br>718-251-9668<br>718-251-9738 |
| 58 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD06-099 dated 10/27/06 | Gabriel Krausman | 646-261-9890<br>516-554-1957<br>347-860-4124<br>646-266-0897<br>646-464-0383<br>917-844-0563 |
| 59 | Amended and Extended Eavesdropping and Video Surveillance Warrant and Supporting Documents dated 11/21/06 | Robert A. Spolzino | 347-860-4124<br>917-952-2385<br>718-627-9429<br>516-378-9658<br>516-378-9649<br>516-378-9648<br>718-377-9032<br>718-251-9768<br>718-251-9668<br>718-251-9738<br>347-907-0573<br>631-645-0600<br>718-477-3050<br>646-464-0384<br>718-444-9559<br>718-252-1534<br>718-377-9659<br>Avenue U Sausage and Peppers, 5800 Avenue U, Brooklyn |

|    | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|----|---------------------|-------|--------------|
| 60 | Amended Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 11/21/06 | Robert A. Spolzino | 347-682-0465<br>646-261-9890<br>347-860-4124<br>917-844-0563<br>347-751-9497<br>917-952-2385<br>718-627-9429<br>516-378-9658<br>516-378-9649<br>516-378-9648<br>718-377-9032<br>718-251-9768<br>718-251-9668<br>718-251-9738<br>347-907-0573<br>631-645-0600<br>718-477-3050<br>646-464-0384<br>718-444-9559<br>718-252-1534<br>718-377-9659 |
| 61 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD06-103 dated 11/21/06 | Robert A. Spolzino | 347-860-4124<br>917-844-0563<br>347-751-9497<br>917-952-2385<br>718-627-9429<br>516-378-9658<br>516-378-9649<br>516-378-9648<br>718-377-9032<br>718-251-9768<br>718-251-9668<br>718-251-9738 |
| 62 | Minimization Instructions dated 11/21/06 | -- | -- |

|    | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|----|----------------------|-------|--------------|
| 63 | Amended and Extended Eavesdropping and Video Surveillance Warrant and Supporting Documents dated 12/20/06 | Gabriel Krausman | 631-645-0600<br>646-464-0384<br>718-627-9429<br>516-378-9658<br>516-378-9649<br>516-378-9648<br>718-377-9032<br>718-251-9768<br>718-251-9668<br>718-251-9738<br>718-444-9559<br>718-252-1534<br>718-377-9659<br>347-244-5812<br>917-622-7787<br>917-422-2255<br>Avenue U Sausage and Peppers, 5800 Avenue U, Brooklyn |
| 64 | Extended and Amended Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 12/20/06 | Gabriel Krausman | 631-645-0600<br>646-464-0384<br>718-627-9429<br>516-378-9658<br>516-378-9649<br>516-378-9648<br>718-377-9032<br>718-251-9768<br>718-251-9668<br>718-251-9738<br>718-444-9559<br>718-252-1534<br>718-377-9659<br>347-244-5812<br>917-622-7787 |

|    | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|----|----------------------|-------|--------------|
| 65 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD06-106 dated 12/20/06 | Gabriel Krausman | 347-860-4124<br>917-952-2385<br>718-627-9429<br>516-378-9658<br>516-378-9649<br>516-378-9648<br>718-377-9032<br>718-251-9768<br>718-251-9668<br>718-251-9738<br>347-907-0573<br>631-645-0600<br>718-477-3050<br>646-464-0384<br>718-444-9559<br>718-252-1534<br>718-377-9659<br>Avenue U Sausage and Peppers, 5800 Avenue U, Brooklyn |
| 66 | Minimization Instructions dated 12/20/06 | -- | -- |

11

| | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|---|---|---|---|
| 67 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD07-001 dated 1/9/07 | Daniel D. Angiolillo | 631-645-0600<br>646-464-0384<br>718-627-9429<br>516-378-9658<br>516-378-9649<br>516-378-9648<br>718-377-9032<br>718-251-9768<br>718-251-9668<br>718-251-9738<br>718-444-9559<br>718-252-1534<br>718-377-9659<br>347-244-5812<br>917-622-7787<br>917-422-2255<br>Avenue U Sausage and Peppers, 5800 Avenue U, Brooklyn |
| 68 | Amended and Extended Eavesdropping Warrant and Supporting Documents dated 1/18/07 | Robert A. Spolzino | 646-464-0384<br>347-244-5812<br>917-622-7787<br>917-422-2255<br>718-427-3737 |
| 69 | Amended Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 1/18/07 | Robert A. Spolzino | 718-427-3737 |

|    | DOCUMENT DESCRIPTION | JUDGE | TARGET LINES |
|----|----------------------|-------|--------------|
| 70 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD07-003 dated 1/18/07 | Robert A. Spolzino | 631-645-0600 646-464-0384 718-627-9429 516-378-9658 516-378-9649 516-378-9648 718-377-9032 718-251-9768 718-251-9668 718-251-9738 718-444-9559 718-252-1534 718-377-9659 347-244-5812 917-622-7787 917-422-2255 Avenue U Sausage and Peppers, 5800 Avenue U, Brooklyn |
| 71 | Extended Eavesdropping Warrant and Supporting Documents dated 2/16/07 | Anita R. Florio | 347-244-5812 917-622-7787 917-422-2255 |
| 72 | Extended Order For a Pen Register and Trap and Trace Device and Supporting Documents dated 2/16/07 | Anita R. Florio | 347-244-5812 917-622-7787 |
| 73 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD07-009 dated 2/16/07 | Anita R. Florio | 646-464-0384 347-244-5812 917-622-7787 917-422-2255 718-427-3737 |
| 74 | Sealing Order, Exhibit, Supporting Affidavit and Property Voucher PCSD07-015 dated 3/15/07 | Robert A. Spolzino | 347-244-5812 917-622-7787 917-422-2255 |

2. <u>Audio and Data CDs</u>[3]

|  | PHONE/SUBSCRIBER | INTERCEPTEES |
|---|---|---|
| 75 | 718-948-1573<br>C.V. Vollaro<br>665 Craig Avenue<br>Staten Island, NY<br>(Dump Masters) | Sarah Dauria<br>Joseph Spinnato |
| 76a - 76d | 718-605-6726<br>Amanda Dohner<br>7 Herrick Avenue<br>Staten Island, NY | Mario Cassarino<br>Thomas Cacciopoli |
| 77a - 77b | 718-477-9599<br>Joseph Vollaro<br>333 Chelsea Avenue<br>Staten Island, NY | Joseph Spinnato<br>Sarah Dauria<br>Mario Cassarino |
| 78 | 718-477-5553<br>Catherine Vollaro<br>333 Chelsea Road<br>Staten Island, NY | Joseph Spinnato<br>Sarah Dauria<br>Mario Cassarino |
| 79a - 79c | 917-416-6778<br>Mario Cassarino<br>Attn: Jo Tap<br>149 Lipsett Avenue<br>Staten Island, NY | Joseph Spinnato |
| 80 | 732-921-3219<br>Anthony O'Donnell<br>41 Avenue G<br>Monroe Township, NJ | -- |
| 81a - 81j | 201-538-1866<br>Nesco Inc.<br>211 W. 5th Street<br>Bayonne, NJ<br>(Used by Nick Calvo) | Gino Cracolici<br>Michael King |

---

[3]   The CDs may contain some or all of following: (1) linesheets; (2) telephone call audio files; and (3) pen register information.

14

|  | PHONE/SUBSCRIBER | INTERCEPTEES |
|---|---|---|
| 82a - 82f | 347-682-0465<br>R. Ranieri<br>282 Morningstar Road, Fl 2<br>Staten Island, NY<br>(Used by James Outerie) | Richard Ranieri<br>Ronald Flam<br>Jerry Romano<br>Giulio Pomponio<br>Billy Connor<br>Edward Sobel<br>John Pisano<br>Cody Farrell<br>Lance Moskowitz<br>Tara Vega<br>Joseph Gaggi<br>John Regis<br>Vincent Donnis<br>Ernest Grillo<br>Leonard DiMaria<br>Steven Iaria<br>Joseph Casiere<br>Anthony Giammarino |
| 83 | 718-541-4303<br>Jerry Romano<br>168 Carroll St.<br>Brooklyn, NY<br>(Used by Romano) | Jerry Romano<br>James Outerie |
| 84a - 84b | 646-996-0658<br>Giulio Pomponio<br>63 Heinz Avenue<br>Staten Island, NY<br>(Used by Pomponio) | Giulio Pomponio<br>James Outerie |
| 85a - 85b | 917-886-0461<br>Rachel Connor<br>128 Graves St.<br>Staten Island, NY<br>(Used by Billy Connor) | Billy Connor<br>James Outerie |
| 86a - 86b | 646-201-8180<br>Christina Lowe<br>1331 Coney Island Ave.<br>Brooklyn, NY<br>(Used by Edward Sobel) | Edward Sobel<br>James Outerie |

15

|    | PHONE/SUBSCRIBER | INTERCEPTEES |
|----|------------------|--------------|
| 87 | 917-838-6083<br>John Pisano<br>1154 62nd St.<br>Brooklyn, NY<br>(Used by John Pisano) | John Pisano<br>James Outerie<br>Richard Ranieri |
| 88 | 347-628-9115<br>Prepaid<br>(Used by James Outerie) | James Outerie<br>Richard Ranieri<br>Billy Connor<br>Lance Moskowitz |
| 89 | 347-598-2640<br>Prepaid<br>(Used by James Outerie) | James Outerie<br>Richard Ranieri<br>Edward Sobel<br>Cody Farrell<br>John Pisano<br>Giulio Pomponio<br>Leonard DiMaria |
| 90a - 90ww | 646-261-9890<br>R. Ranieri<br>282 Morningstar Rd., Fl 2<br>Staten Island, NY<br>(Used by Richard Ranieri) | Richard Ranieri<br>James Outerie<br>Joseph Gaggi<br>John Pisano<br>Leonard DiMaria<br>Nicholas Corozzo<br>Tara Vega<br>John Regis<br>Gino Pomponio<br>Joseph Casiere |
| 91 | 646-724-3735<br>Prepaid<br>(Used by Steven Iaria) | Steven Iaria<br>James Outerie |
| 92 | 718-219-0915<br>Prepaid<br>(Used by Steven Iaria) | Steven Iaria<br>James Outerie |
| 93 | 347-598-2098<br>Prepaid<br>(Used by Steven Iaria) | Steven Iaria<br>James Outerie<br>Leonard DiMaria |
| 94 | 347-628-1881<br>Prepaid<br>(Used by Steven Iaria) | Steven Iaria<br>James Outerie<br>Leonard DiMaria |

|     | PHONE/SUBSCRIBER | INTERCEPTEES |
|-----|------------------|--------------|
| 95  | 917-216-0702<br>Prepaid<br>(Used by Steven Iaria) | Steven Iaria<br>Vincent Dragonetti<br>Billy Scotto<br>Mario Cassarino<br>John Kasgorgis<br>Christopher Howard |
| 96  | 917-605-3203<br>Prepaid<br>(Listed to Octavio Perez)<br>(Used by Steven Iaria) | Steven Iaria |
| 97  | 718-219-0593<br>Prepaid<br>(Used by Steven Iaria) | Steven Iaria |
| 98  | 347-752-7034<br>Prepaid<br>(Used by Leonard DiMaria) | Leonard DiMaria<br>Richard Ranieri |
| 99  | 516-554-1957<br>Gina Haskell<br>87 Grand Blvd.<br>Massapequa, NY<br>(Used by Leonard DiMaria) | Leonard DiMaria<br>Richard Ranieri<br>Arthur Zagari |
| 100 | 347-860-4124<br>Prepaid<br>(Used by Leonard DiMaria) | Leonard DiMaria<br>Steven Iaria<br>Vincent Pacelli |
| 101 | 646-266-0897<br>Patrick Tong<br>7140 15th Ave.<br>Brooklyn, NY<br>(Used by Steven Iaria) | Steven Iaria<br>Vincent Dragonetti |
| 102 | 917-844-0563<br>Steven Iaria's beeper | Steven Iaria<br>Leonard DiMaria |
| 103 | 646-464-0383<br>Anita Bacchus<br>16702<br>Jamaica, NY<br>(Used by Steven Iaria) | Steven Iaria<br>Leonard DiMaria |

17

|  | PHONE/SUBSCRIBER | INTERCEPTEES |
|---|---|---|
| 104 | 347-751-9497<br>Ben Nash<br>371 W. 8th St.<br>Brooklyn, NY<br>(Used by Steven Iaria) | Steven Iaria<br>Leonard DiMaria |
| 105a - 105d | 917-952-2385<br>Morano Diamond Buyers of NY<br>20 W. 47th St.<br>New York, NY<br>(Morano cell phone) | Leonard DiMaria<br>James Outerie |
| 106 | 718-627-9429<br>E. 36th and Quentin Road<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | -- |
| 107 | 516-378-9658<br>Exit M7-E off Meadowbrook Parkway<br>Freeport, NY<br>(Payphone Used by Steven Iaria) | -- |
| 108 | 516-378-9649<br>Exit M7-E off Meadowbrook Parkway<br>Freeport, NY<br>(Payphone Used by Steven Iaria) |  |
| 109 | 516-378-9648<br>Exit M7-E off Meadowbrook Parkway<br>Freeport, NY<br>(Payphone Used by Steven Iaria) | -- |
| 110 | 718-377-9032<br>Flatlands Avenue and Coleman St.<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | -- |
| 111 | 718-251-9768<br>Ralph Avenue and Avenue N<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | -- |
| 112 | 718-251-9668<br>Rockaway Parkway and Avenue M<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | -- |

|     | PHONE/SUBSCRIBER | INTERCEPTEES |
| --- | --- | --- |
| 113 | 718-251-9738<br>Rockaway Parkway and Avenue M<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | -- |
| 114 | 718-444-9559<br>E. 95th Street and Avenue L<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | -- |
| 115 | 718-252-1534<br>Utica Avenue and Avenue O<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | -- |
| 116 | 718-377-9659<br>Utica Avenue and Avenue N<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | -- |
| 117 | 347-907-0573<br>Prepaid<br>(Used by Leonard DiMaria) | Leonard DiMaria |
| 118 | 631-645-0600<br>Prepaid<br>(Used by Leonard DiMaria) | Leonard DiMaria<br>Vincent Dragonetti |
| 119 | 718-477-3050<br>Prestig Commercial Corp.<br>270 Watchogue Road<br>Staten Island, NY<br>(Morano office phone) | Leonard DiMaria<br>James Outerie |
| 120 | 646-464-0384<br>Prepaid<br>(Used by Vincent Dragonetti) | Vincent Dragonetti<br>Mario Cassarino |
| 121 | 347-244-5812<br>Prepaid<br>(Used by Vincent Dragonetti) | Leonard DiMaria<br>Vincent Dragonetti<br>Frank Vassallo<br>Abid Ghani |

|  | PHONE/SUBSCRIBER | INTERCEPTEES |
|---|---|---|
| 122 | 917-622-7787<br>Prepaid<br>(Used by Vincent Dragonetti) | Leonard DiMaria<br>Vincent Dragonetti<br>Abid Ghani<br>Edward James<br>Nicholas Corozzo<br>Frank Vassallo |
| 123 | 917-422-2255<br>(Vincent Dragonetti beeper) | Leonard DiMaria |
| 124 | 718-427-3737<br>Susan Cohen<br>8429 155th Avenue<br>Queens, NY<br>(Used by Vincent Dragonetti) | Steven Iaria |
| 125a - 125g | 347-231-6349<br>Joan Andrews<br>665 Craig Avenue<br>Staten Island, NY | - |
| 126a - 126k | 917-207-2145<br>Michelle Yacovello<br>17 Blythe Place<br>Staten Island, NY | Mario Cassarino<br>Joseph Spinnato<br>Sarah Dauria |

Please contact me if you have any questions or requests.

Very truly yours,

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
Joey Lipton
Assistant U.S. Attorney
(718) 254-6125

cc:  Clerk of the Court (NGG)