Tel:(212)995-2074     **EMILY R. DANIEL**    Fax:(212)995-2074
                      **Attorney at Law**
                69 West 9th Street, Suite 6J
                    New York, N.Y. 10011

February 13, 2008

<u>VIA ELECTRONIC FILING</u>
Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: United States v. Nicholas Calvo,
    <u>et al., 08 Cr. 76 (NGG)</u>**

Dear Judge Garaufis:

   I am the CJA attorney assigned to represent the defendant Nicholas Calvo.  Please accept this letter as my motion to be relieved as counsel for Mr. Calvo.

   As the Court is aware, on February 12, 2008, Patrick T. Burke, Esq., appeared before this Court and stated that he had been retained as private counsel for Mr. Calvo.  Mr. Burke informed me that he will be filing a Notice of Appearance on behalf of Mr. Calvo.

   Please note that I provided Mr. Burke with the file in this matter and that yesterday I assisted Mr. Burke with the various aspects of the bail conditions set by this Court.

   I thank the Court for its time and consideration.

                                    Respectfully submitted,


                                    Emily R. Daniel, Esq.