# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE Lois Bloom**　　　　　　　　　　**DATE : 2/11/08**

**DOCKET NUMBER 08CR76(NGG)**　　　　　LOG # : 11:41 - 11:55

**DEFENDANT'S NAME : Nicholas Calvo**
　　✓ Present　　___ Not Present　　✓ Custody　　___ Bail

**DEFENSE COUNSEL : Emily Daniels**
　　___ Federal Defender　　✓ CJA　　___ Retained

A.U.S.A: ~~Joseph Lipton~~ Evan Burlingame　　**DEPUTY CLERK : K. DiLorenzo**

**INTERPRETER :** _____ (Language) _____

_Detention_ ___ Hearing held.　　___ Hearing adjourned to _____

✓ ~~Defendant was released on $300,000~~ ___ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

_3_ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.　Code Type___　Start___　Stop___

___ Order of Speedy Trial entered.　Code Type___　Start___　Stop___

___ Defendant's first appearance.　___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS : Set by Judge Bloom. Bond was stayed until further review from Judge Garaufis