**DOCKET NUMBER**: CR 08-076(NGG)

## CRIMINAL CAUSE CAUSE FOR BAIL APPEAL

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

**BEFORE JUDGE**: GARAUFIS   **DATE**: FEBRUARY 12, 2008   **TIME IN COURT** ___ HRS  60 MINS

9:30 AM

**1. DEFENDANT**: NICHOLAS CALVO

X   Present         Not Present         Custody    X   Not Custody

**DEFENSE COUNSEL**: ~~EMILY DANIEL~~ /s/ Track Burke

   Federal Defender    X CJA            RETAINED

**2. DEFENDANT**:

 PRESENT/

**DEFENSE COUNSEL**:

**3. DEFENDANT**:

 PRESENT/

**DEFENSE COUNSEL**:

**A.U.S.A.**: MITRA HORMOZI, JOSEPH LIPTON, ROGER BURLINGAME, DAN BROWNELL & EVAN NORRIS

**COURT REPORTER OR ESR OPERATOR**: Michele Nardone

**INTERPRETER**:_____   **LANGUAGE**:_____

- ☐ Change of Plea Hearing (~Util-Plea Entered)
- X Bail Appeal
- ☐ Pre Trial Conference
- ☐ Violation
- ☐ Status Conference
- ☐ Telephone Conference
- ☐ Voir Dire Begun     ☐ Voir Dire Held     ☐ Jury selection     ☐ Jury trial
- ☐ Jury Trial Death Penalty     ☐ Sentence enhancement Phase     ☐ Bench Trial Begun
- ☐ Revocation of Probation contested
- ☐ Sentencing
- ☐ Motion
- ☐ Revocation of Supervised Release evidentiary
- ☐ Revocation of Supervised Release non-evidentiary

**Speedy Trial Start**:     **Speedy Trial Stop**:     **CODE TYPE**:

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES   X NO

**TEXT**: Application for bail is denied at this time. Defense can make another bail application provided there is a sufficient bail package as set forth on the record.