Tel:(212)995-2074     **EMILY R. DANIEL**    Fax:(212)995-2074
**Attorney at Law**
69 West 9th Street, Suite 6J
New York, N.Y. 10011

February 15, 2008

VIA ELECTRONIC FILING
Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

       **Re: United States v. Nicholas Calvo,
           et al., 08 Cr. 76 (NGG)**

Dear Judge Garaufis:

    I am the CJA attorney assigned to represent the defendant Nicholas Calvo.

    At the direction of the Court, on Wednesday February 13, 2008 I filed a letter requesting that I be relieved as counsel for Mr. Calvo. At that time, the Court and I believed that Patrick T. Burke, Esq., would be retained as private counsel for Mr. Calvo. Yesterday Mr. Burke informed the Court that he would not be filing a Notice of Appearance on behalf of Mr. Calvo.

    I thus ask to withdraw my request to be relieved as counsel and request that I continue as assigned counsel for Mr. Calvo.

    I thank the Court for its time and consideration.

*Application granted.*
*So ordered.*

                                          Respectfully submitted,

s/Nicholas G. Garaufis
2/18/08

                                          Emily R. Daniel, Esq.