# Murray Law LLC

Woolworth Building  233 Broadway Suite 2208  New York NY 10279
tel: 212.941.9266   fax: 866.259.7819   jmurray@murraylawny.com

February 29, 2008

Via ECF
Hon. Nicholas G. Garaufis
U.S. District Judge
U.S. District Courthouse
225 Cadman Plaza East
Brooklyn, NY 11235

<u>U.S.A. v. Agate, et al., 08 Cr. 76 (NGG)</u>

Dear Judge Garaufis:

      I write on behalf of Steven Iaria, a defendant in the above-captioned action, to join the motion of defendant Joseph Corozzo seeking reassignment of this case to a judge selected pursuant to Local Rule 50.2 of the Eastern District of New York.

      Respectfully submitted,

*[signature]*

JaneAnne Murray
Attorney for Mr. Iaria

cc:     all counsel (via ECF)