*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

March 14, 2008

**BY ECF**

The Honorable Jack B. Weinstein
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Joseph Agate et al.
            Criminal Docket No. 08-76 (NGG)

Dear Judge Weinstein:

       In light of the Court's March 14, 2008 scheduling order setting a trial date of April 14, 2008 for defendants seeking an immediate trial, the government requests a status conference for all such defendants to occur on Tuesday, March 18, 2008 at 11:30 a.m.

       The government has reviewed the transcripts from the initial status conferences before Judge Garaufis and it appears that defendants Domenico Cefalu, Joseph Corozzo and John D'Amico seek an immediate trial.

       As such, should the Court schedule the status conference requested above, the government will ensure that Cefalu, Corozzo and D'Amico are produced by the Marshals, and hereby requests that any other incarcerated defendants who wish to proceed to trial on April 14 immediately notify the government so that those defendants too can be produced.

                                   Respectfully submitted,

                                   BENTON J. CAMPBELL
                                   United States Attorney

                   By:         /s/
                                   Roger Burlingame
                                   Assistant U.S. Attorney
                                   (718) 254-6422

cc:  All Counsel of Record (by ECF)