

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

JL:kh
F. #2007R00730
discovery 5

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 26, 2008

All Counsel of Record

    Re:  United States v. Joseph Agate, et al.
         Criminal Docket No. 08 CR 76 (JBW)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government furnishes the following discovery in the above-referenced case.  The government requests reciprocal discovery from the defendants.

<u>Consensual Recordings</u>[1]

    The materials described below (additional Discovery Group Exhibit 148) are located at Dupe Coop.  You may obtain these materials by contacting John Palermo at (973) 895-1359.

    The chart below identifies the compact disc number containing a given recording and the approximate date of the recording.

| CD # | Date/Other |
|------|------------|
| 91 | 3/11/2008 |
| 91 | 3/11/2008 |
| 92 | 3/14/2008 |
| 92 | 3/14/2008 |
| 93 | Phone Calls<br>(561)654-9199 Part 1<br>(561)703-1977 complete |
| 94 | Phone Calls<br>(561)654-9199 Part 2 |

---

    [1]    The government is in the process of compiling a list of the participants recorded during the conversations.

Please contact me if you have any questions or requests.

                                        Very truly yours,

                                        BENTON J. CAMPBELL  
                                        UNITED STATES ATTORNEY

                           By:   _____  
                                        Joey Lipton  
                                        Assistant U.S. Attorney  
                                        (718) 254-6125

cc:  Clerk of the Court (JBW)