Tel:(212)995-2074    **EMILY R. DANIEL**    Fax:(212)995-2074
**Attorney at Law**
69 West 9th Street, Suite 6J
New York, N.Y. 10011

March 31, 2006

**VIA ELECTRONIC FILING**
Honorable Jack B. Weinstein
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Joseph Agate, et al.
        Criminal Docket No. 08-076 (JBW)

Dear Judge Weinstein:

    I am the attorney assigned to represent the defendant Nicholas B. Calvo in the above-referenced case. Please accept this letter as Mr. Calvo's reply to the Government's March 26, 2008 letter proposal for the division of the <u>Agate</u> defendants for purposes of trial.

    It is Mr. Calvo's position that with respect to the division of the above-captioned Indictment for purposes of trial, Mr. Calvo has no objection to being placed in proposed Group F (defendants Agate, Calvo, Dauria, Delvescovo, King and Mosca) or to the proposed order of the trials (Group F to be tried after the trials of Groups A, B, C, D, and E).

    I thank the Court for its time and consideration.

                                Respectfully submitted,

                                Emily R. Daniel, Esq.

cc: AUSA Joey Lipton