# CRIMINAL CAUSE FOR PLEADING

BEFORE: __VIKTOR V. POHORELSKY__   DATE: 6/05/08   START TIME: 2:56
                                                   END TIME:  3:41

CR 08-76 (JBW)

DEFT'S. NAME: Nicholas Calvo          # 6
X present    ___ not present    ___ cust.    X bail

DEFENSE COUNSEL: Daniel Welsh
X present    ___ not present    ___ CJA    X RET.    ___ LAS

A.U.S.A.: Joey Lipton                 CLERK: James Toritto
INTERPRETER: _____              (LANG.- _____ )

X   CASE CALLED

DEFT.   X SWORN  X ARRAIGNED   X INFORMED OF RIGHTS
        X WAIVES TRIAL BEFORE DISTRICT COURT

X   DEFT ENTERS A PLEA OF NOT GUILTY TO ALL COUNTS OF THE SUPERSEDING INDICTMENT.
_   DEFT STATES TRUE NAME TO BE_____. INFORMATION AMENDED.
_   WAIVER OF INDICTMENT EXECUTED FOR DEFT.
_   INFORMATION FILED.
_   DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
_   DEFT ENTERS **GUILTY PLEA** TO THE INFORMATION.
X   DEFT WITHDRAWS NOT GUILTY PLEA AND ENTERS A **GUILTY PLEA** TO CT(S) SEVENTEEN (17) OF THE INDICTMENT.
X   COURT FINDS FACTUAL BASIS FOR THE PLEA.
X   SENTENCING SET FOR 10/6/08 AT 10:00 am    _ SET BY PROBATION.
X   BAIL ___ SET AT_____ FOR DEFT.   X CONT'D FOR DEFT.
_   DEFT CONT'D IN CUSTODY.
_   CASE ADJ'D TO_____ FOR _____

_   **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
    CODE TYPE___ START___ STOP___
    ___ORDER / WAIVER EXECUTED & FILED.  _ ENT'D ON RECORD.

_   BAIL CONDITIONS MODIFIED AS FOLLOWS:

OTHER: PURSUANT TO FEDERAL RULE 11 OF CRIMINAL PROCEDURE, MAGISTRATE POHORELSKY DID ADMINISTER THE ALLOCUTION. A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED. THE MAGISTRATE RECOMMENDS THAT THE PLEA OF GUILTY BE ACCEPTED. PLEA AGREEMENT MARKED AS COURT EXHIBIT #2 AND RETURNED TO THE ASSISTANT.